# In the United States Court of Federal Claims

No. 93-280 C

(Filed: July 15, 2015)

|  |  |
|---|---|
| FRANK P. SLATTERY, JR., ET AL., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

     Pursuant to Rule 40.1 (c) of the Rules of the United States Court of Federal Claims, and because I find that the transfer of this case is necessary for the efficient administration of justice, this case shall be randomly reassigned by the Clerk of Court.

     IT IS SO ORDERED.

                                 S/ Patricia E. Campbell-Smith
                                 PATRICIA E. CAMPBELL-SMITH
                                 Chief Judge