# In the United States Court of Federal Claims

(Filed: July 15, 2015)

No. 93-280 C

FRANK P. SLATTERY, JR., ET AL.,

v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:

**Chief Judge Patricia E. Campbell-Smith**

    Pursuant to Rule 40.1 of the Rules of the United States Court of Federal Claims, this case has been reassigned to the above judge.



Clerk of Court